HORTON, J., dissenting.
 

 {¶ 26} I respectfully dissent. I simply disagree with the majority's analysis and believe the trial court was spot on in its analysis and conclusions. This is a relatively simple case. If Mulvey was interested in receiving severance from GuideOne, pursuant to the posting, he was required to qualify as an employee (which he did), sign a release (which he did not), and continue working (which he did). Mulvey received compensation for the work he performed. Any additional compensation via severance required additional consideration, i.e., signing a release. He failed to sign a release and therefore should be precluded from receiving the benefits of severance as he
 provided no additional consideration. Thus, as a matter of law, I would affirm the trial court on both assignments of error.